UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action Nos. 23-1768, 23-1769 (ABJ) |

## STATUS REPORT

Pursuant to the Court's September 12, 2023 Minute Order, Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following status report in the above-captioned Freedom of Information Act ("FOIA") lawsuits.

1. Plaintiff filed the Complaints on June 18, 2023, regarding a FOIA request submitted on March 1, 2023. The FBI answered the Complaints on July 24, 2023, and the cases were thereafter consolidated. *See* Min. Order (July 28, 2023).

2. The FBI reports that it has completed its search of the FBI's Central Records System and received potentially responsive documents from one office. Another office provided custodians for conducting email searches and identified an additional office that may have responsive records. The FBI is following up on these leads to conduct additional searches, which remain ongoing. While those searches are ongoing, however, the FBI will review the records already identified through its initial search efforts for responsiveness and begin processing responsive records. The FBI anticipates making its first interim release by January 31, 2024, and will process records at a rate of approximately 500 reviewed pages per month thereafter. The need to conduct classification reviews requires additional time for processing.

3.       The FBI requests that its next status report be due February 2, 2024, with additional status reports due every ninety days thereafter.

| | |
|---|---|
| Dated: October 23, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:        /s/ *Douglas C. Dreier*<br>DOUGLAS C. DREIER<br>D.C. Bar #1020234<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2551<br><br>*Attorneys for the United States of America* |