UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Civil Action Nos. 23-1768, 23-1769 (ABJ) |

## STATUS REPORT

Pursuant to the Court's October 25, 2023 Minute Order, Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following status report in the above-captioned Freedom of Information Act ("FOIA") lawsuits.

1.　Plaintiff filed the Complaints on June 18, 2023, regarding a FOIA request submitted on March 1, 2023. The FBI answered the Complaints on July 24, 2023, and the cases were thereafter consolidated. *See* Min. Order (July 28, 2023).

2.　The FBI reports that it has completed its search of the FBI's Central Records System and received potentially responsive documents from one office. Another office provided custodians for conducting email searches and identified an additional office that may have responsive records. The FBI is following up on these leads to conduct additional searches, which remain ongoing.

3.　While those searches are ongoing, the FBI will review the records already identified through its initial search efforts for responsiveness and begin processing responsive records. As such, the FBI made its first interim release on January 31, 2024. Because the material currently

being reviewed is exempt pursuant to FOIA exemption 7A, the documents were withheld in full. Additionally, the need to conduct classification reviews requires additional time for processing.

4. After the FBI completes its review of the 7A exempt material, the FBI anticipates processing and providing segregable, non-exempt documents. Because this material is still being vetted, the FBI cannot provide a page count at this time.

5. The FBI requests that its next status report be due May 31, 2024.

Dated: February 2, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Douglas C. Dreier*_____
     DOUGLAS C. DREIER
     D.C. Bar #1020234
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2551

*Attorneys for the United States of America*