UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Civil Action Nos. 23-1768, 23-1769 (ABJ) |

## **STATUS REPORT**

Pursuant to the Court's May 31, 2024, Minute Order, Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following status report in the above-captioned Freedom of Information Act ("FOIA") lawsuits.

1.　Plaintiff filed the Complaints on June 18, 2023, regarding a FOIA request submitted on March 1, 2023. The FBI answered the Complaints on July 24, 2023, and the cases were thereafter consolidated. *See* Min. Order (July 28, 2023).

2.　The FBI reports that it has completed its search of documents potentially responsive to the FOIA request at issue. The FBI issued a production on September 30, 2024, and anticipates issuing a second production on or about the end of October 2024. After the October production is complete, the FBI anticipates that the only remaining materials will be those pending consultation with other governmental agencies.

3.　The FBI requests that its next status report be due February 5, 2025.

\*　\*　\*

Dated: October 4, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*