UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | Civil Action Nos. 23-1768, 23-1769 (ABJ) |

## STATUS REPORT

Pursuant to the Court's October 7, 2024, Minute Order, Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following status report in the above-captioned Freedom of Information Act ("FOIA") lawsuits.

1. Plaintiff filed the Complaints on June 18, 2023, regarding a FOIA request submitted on March 1, 2023. The FBI answered the Complaints on July 24, 2023, and the cases were thereafter consolidated. *See* Min. Order (July 28, 2023).

2. The FBI reports that it has completed its search of documents potentially responsive to the FOIA request at issue. The FBI issued a production on September 30, 2024, followed by its final production of records not requiring consultation on October 31, 2024. The only remaining materials are those pending consultation with other governmental agencies. The FBI anticipates being able to provide some of the consulted documents by February 28, 2025. The FBI continues to follow up with the other governmental agencies.

3. The FBI requests that its next status report be due May 5, 2025.

\* \* \*

Dated: February 5, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____*/s/ Douglas C. Dreier*_____
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*