**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

US RIGHT TO KNOW,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION,

*Defendant*.

Civil Action Nos. 23-1768, 23-1769 (ABJ)

**STATUS REPORT**

Pursuant to the Court's June 30, 2026, Minute Order, Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully submits the following status report in the above-captioned Freedom of Information Act ("FOIA") lawsuits.

1. Plaintiff filed the Complaints on June 18, 2023, regarding a FOIA request submitted on March 1, 2023. The FBI answered the Complaints on July 24, 2023, and the cases were thereafter consolidated. *See* Min. Order (July 28, 2023).

2. The FBI reports that it has completed its search of documents potentially responsive to the FOIA request at issue. The FBI further reports that it completed its final production of all documents on February 27, 2026.

3. Following its review of all releases, Plaintiff contacted the FBI on March 31, 2026 and informed the FBI that, while reserving its right to later challenge redacted productions, Plaintiff challenged all documents withheld-in-full. Plaintiff requested the FBI provide a draft *Vaughn* to review in order to narrow all issues.

4. The FBI provided a *draft* Vaughn to Plaintiff on June 30, 2026. Plaintiff has indicated that once it has completed review of the draft *Vaughn*. Since that time, Plaintiff has advised the FBI that it maintains its challenges, and the parties have conferred regarding a briefing schedule.

5. After consulting with Plaintiff regarding deadlines, the FBI requests the following briefing schedule be entered:

| **FILING** | **DEADLINE** |
|---|---|
| Defendant's Motion for Summary Judgement | December 29, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | January 29, 2027 |
| Defendant's Response and Reply | February 12, 2027 |
| Plaintiff's Reply | February 16, 2027 |

* * *

Dated: August 31, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*